[No. 61518-1-I.   Division One.   December 29, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ROGER JAMES COLLINS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 07-1-00374-2, Paris K. Kallas, J., entered March 27, 2008. *Reversed* and *remanded* by unpublished per curiam opinion.